Edward A. Mechling, Appellant, v. Henry F. Meyers
et al., Appellees.

Gen. No. 23,057.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. DENIS
E. SULLIVAN, Judge, presiding. Heard in this court at the March
term, 1917. Affirmed. Opinion filed July 2, 1917.

Statement of the Case.

Bill by Edward A. Mechling, complainant, against
Henry F. Meyers, Louis H. Berkes, Charles W. Bas-
sett, Jessie M. Madison and Francis Roy Bassett, a
minor, defendants, for partition of certain real estate
in which defendant Meyers had a life estate and the
complainant and other defendants a tenancy in com-
mon in the remainder. From a decree dismissing com-
plainant's bill for want of equity, complainant appeals.

FRANK O. CAMPE and MAX C. LISS, for appellant.

JOHN S. HUMMER, for appellees.

MR. JUSTICE DEVER delivered the opinion of the court.

Abstract of the Decision.

1. PARTITION, § 9*—what is rule as to partition of land in which
infant is interested. In proceedings to partition land, the right to
such partition is imperative and binding upon courts of equity, sub-
ject, however, to the duty which the law imposes upon such courts
to protect the interests of infants who may be parties to such pro-
ceedings, and to determine whether the best interests of such infants
may be conserved by allowing or denying the partition of lands in
which such infants have an interest, and it is immaterial whether
the infant is a party defendant or complainant.

2. INFANTS, § 25*—what is duty of court as to protection of
rights of. Infants are peculiarly the wards of a court of chancery,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

and it is the duty of that court to protect the rights of such infants whenever their interests are presented to the court for adjudication.

3. PARTITION—*when evidence sufficient to show to be against best interests of minor to partition land.* In a suit to partition a remainder in real estate, evidence *held* sufficient to show that it would be against the best interests of the minor defendant to partition the land.